1  TROUTMAN SANDERS LLP
   Anna Jane I. Zarndt
2  Nevada State Bar No. 10809
   TROUTMAN SANDERS LLP
3  222 Central Park Avenue, Ste. 2000
4  Virginia Beach, VA 23462
   Telephone: (757) 687-7753
5  Facsimile: (757) 687-7510
   Email: annajane.zarndt@troutman.com
6
7  *Attorneys for Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUEL NUNEZ,<br><br>   Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC;<br>EQUIFAX INFORMATION SERVICES<br>LLC; AND TRANSUNION LLC,<br><br>   Defendants. | Civil No. 2:20-cv-00131-APG-NJK<br><br>**STIPULATION TO EXTEND TIME**<br>**TO FILE RESPONSIVE PLEADING**<br>**(First Request)** |

Plaintiff Manuel Nunez ("Plaintiff"), by and through his counsel, and Defendant Ocwen Loan Servicing, LLC ("Ocwen") (collectively the "Parties"), by and through its counsel, agree and stipulate as follows:

IT IS HEREBY STIPULATED that Ocwen shall up to and including **March 13, 2020** within which to file its response to Plaintiff's Complaint:

1. Ocwen was served on January 23, 2020.

2. Ocwen's responsive pleadings would otherwise be due February 13, 2020.

3. The Parties are investigating the allegations and are engaged in early settlement discussions.

4. The Parties expect to determine in the near future whether this action can be resolved at this early stage.

5. This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason, but rather for the Parties to investigate the merits of the claim and explore the potential for early settlement resolution, and to allow Ocwen to formulate its responsive pleading.

STIPULATED and AGREED this 13th day of February 2020.

/s/ *Anna Jane I. Zarndt*
Anna Jane I. Zarndt
Nevada Bar No. 10809
TROUTMAN SANDERS LLP
222 Central Park Avenue, Ste. 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7753
Facsimile: (757) 687-7510
Email: annajane.zarndt@troutman.com

*Attorney for Ocwen Loan Servicing, LLC*

*/s/ Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
KNEPPER & CLARK LLC
5510 S. Fort Apache Rd., Ste. 30
Las Vegas, NV 89148
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Manuel Nunez*

**ORDER**

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant Ocwen Loan Servicing, LLC shall have up to and including **March 13, 2020** within which to file its response to Plaintiff's Complaint.

DATED this ___14___ day of February 2020.

                                                **IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, I served a true and correct copy of this STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT upon all counsel of record by using the United Sates District Court, District of Nevada's Case Management/Electronic Case Filing System that will electronically mail notification to all parties appearing in this case.

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 S. Fort Apache Rd., Ste. 30
Las Vegas, NV 89148
Telephone: (702) 825-6060
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: Shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Manuel Nunez*

/s/ *Anna Jane I. Zarndt*
Anna Jane I. Zarndt

- 4 -

41372432