**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Pkwy.,Suite 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
JENNIFER BERGH, ESQ.
SBN: 14480
6900 N. Dallas Pkwy., Suite 800
Plano, TX 75024
(214) 871-2100
jbergh@qslwm.com
*Attorneys for Defendant TransUnion, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL NUNEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION, LLC,<br><br>    Defendants. | Case No.: 2:20-cv-00131-APG-NJK<br><br>**ORDER GRANTING MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** |

**MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST**

Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., of the law firm Alverson Taylor & Sanders (the "firm"), as counsel for TransUnion LLC, (the "Party"), hereby submits Motion for Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., (the

KRB/26557

"Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

The parties are no longer involved in this matter so that ECF notice to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq., and Trevor R. Waite, Esq.

DATED this ___25___ day of September, 2020.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendant TransUnion, LLC*

**IT IS SO ORDERED**

Dated: September 28, 2020

_____
Nancy J. Koppe
United States Magistrate Judge