Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
HENDERSON OFFICE
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUEL NUNEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC; and EQUIFAX INFORMATION SERVICES LLC,<br><br>           Defendants. | Case No. 2:20-cv-00131-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC**<br><br>Complaint filed: January 20, 2020 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services LLC, from the above captioned action, with prejudice.

Each party will bear its own fees and costs.

**IT IS SO STIPULATED.**
DATED: September 24, 2020.

| **KNEPPER & CLARK LLC** | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Shaina R. Plaksin, Esq., SBN 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com | Gary E. Schnitzer, Esq., SBN 395<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123<br>Email: gschnitzer@ksjattorneys.com<br><br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>Kevin F. Kieffer, Esq., SBN 7045<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614-2545<br>kevin.kieffer@troutman.com |
| **KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Blvd., Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | *Counsel for Defendant*<br>*Ocwen Loan Servicing, LLC* |
| **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq., SBN 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | |

<u>**ORDER GRANTING**</u>

<u>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES LLC**</u>

<u>**WITH PREJUDICE**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  28th day of   September     2020